■ FRANK AUSTIN, Individually and as Guardian ad Litem for WILLIE F. AUSTIN, an Infant, Appellant, v. CLARA D. LEIGH et al., Respondents, et al., Defendant.— In a negligence action to recover damages for personal injury, medical expenses and loss of services, the plaintiffs appeal: (1) from so much of an order of the Supreme Court, Suffolk County, entered August 17, 1964, as granted the cross motion of the defendants Leigh and Redon for summary judgment and dismissed the complaint as to them; and (2) from so much of an order of said court, entered the same date, as denied reargument of said motion. The first order entered August 17, 1964, insofar as appealed from, is affirmed, with $10 costs and disbursements. No opinion. Appeal from the second order denying reargument dismissed, without costs. Such an order is not appealable (*Mitchell* v. *A. A. Truck Renting Corp.,* 21 A D 2d 677). Ughetta, Acting P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

■ EDWARD N. BRACHT, Respondent, v. RICHARD SABOL et al., Appellants. — In an action, pursuant to paragraph 4 of section 71 of the State Rent and Eviction Regulations, to recover treble damages for wrongful eviction, the defendants appeal from an order of the Supreme Court, Westchester County, entered March 12, 1964, which granted plaintiff's motion for summary judgment and directed an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, triable issues of fact are presented: (1) as to the defendants' good faith in securing plaintiff's eviction; and (2) as to whether there was good cause for the reletting of the premises to a third person within one year after plaintiff had removed therefrom (*Kauffman & Sons Saddlery Co.* v. *Miller,* 298 N. Y. 38; *Pirone* v. *Zora Realty Co.,* 275 App. Div. 651; *United Dye Works* v. *Scifo,* 190 Misc. 959; *Kelly* v. *Peccarelli,* 89 N. Y. S. 2d 142). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.